IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JANELL M. LOBERG and              )       8:09CV280
RUSS LOBERG,                      )
                                  )           ORDER
           Plaintiffs,            )
                                  )
     vs.                          )
                                  )
CIGNA GROUP INSURANCE and LIFE    )
INSURANCE COMPANY OF NORTH        )
AMERICA,                          )
                                  )
           Defendants.            )
_____)
```

　　　　This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 10)

　　　　IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**　　　　Wednesday, November 18, 2009 at 8:00 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska,, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

　　　　DATED this 27th day of October, 2009.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　/s/ Lyle E. Strom
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LYLE E. STROM, Senior Judge
　　　　　　　　　　　　　　　　United States District Court