IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
JANELL M. LOBERG and RUSS      )
LOBERG,                        )
                               )
            Plaintiffs,        )         8:09CV280
                               )
      v.                       )
                               )
CIGNA GROUP INSURANCE and      )         ORDER
LIFE INSURANCE COMPANY OF      )
NORTH AMERICA,                 )
                               )
            Defendants.        )
                               )
```

      IT IS ORDERED that the parties shall file a short brief on or before Wednesday, November 25, 2009, addressing the issue of whether the parties are entitled to conduct full discovery or whether discovery in this case is limited to compiling and reviewing the applicable plan documents and the administrative record.

      DATED this 18th day of November, 2009.

                                        BY THE COURT:

                                      /s/ Lyle E. Strom
                                      _____
                                      LYLE E. STROM, Senior Judge
                                      United States District Court