IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JANELL M. LOBERG and RUSS      )
LOBERG,                        )
                               )
           Plaintiffs,         )        8:09CV280
                               )
      v.                       )
                               )
CIGNA GROUP INSURANCE and      )        ORDER
LIFE INSURANCE COMPANY OF      )
North AMERICA,                 )
                               )
           Defendants.         )
_____)
```

After a planning conference with counsel,

IT IS ORDERED:

1) Defendant shall file under seal, by March 19, 2010, the administrative record in this case.

2) Plaintiff shall have until March 31, 2010, in which to file any additional motions, and defendant shall have rule time to respond.

DATED this 16th day of March, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court