```
              IN THE UNITED STATES DISTRICT COURT FOR THE

                         DISTRICT OF NEBRASKA

JANELL M. LOBERG and RUSS      )
LOBERG,                        )
                               )
            Plaintiffs,        )              8:09CV280
                               )
      v.                       )
                               )
CIGNA GROUP INSURANCE and      )              ORDER
LIFE INSURANCE COMPANY OF      )
North AMERICA,                 )
                               )
            Defendants.        )
_____ )
```

IT IS ORDERED:

1) The parties shall file their cross-motions for summary judgment on or before September 24, 2010.

2) Both parties shall file their briefs in opposition to the respective motions on or before October 25, 2010.

DATED this 19th day of August, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court