IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANELL M. LOBERG and RUSS LOBERG, | ) ) ) | |
| Plaintiffs, | ) ) | 8:09CV280 |
| v. | ) ) | |
| CIGNA GROUP INSURANCE and LIFE INSURANCE COMPANY OF North AMERICA, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on defendants' motion for leave to file restricted brief (Filing No. 40). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendants' motion is granted; the brief in support of its motion for summary judgment shall remain restricted to opposing counsel and the Court.

DATED this 27th day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court