IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JANELL M. LOBERG and RUSS      )
LOBERG,                        )
                               )
          Plaintiffs,          )          8:09CV280
                               )
     v.                        )
                               )
CIGNA GROUP INSURANCE and      )          ORDER
LIFE INSURANCE COMPANY OF      )
North AMERICA,                 )
                               )
          Defendants.          )
_____)
```

      This matter is before the Court on defendants' motion for leave to file restricted brief (Filing No. 42). The Court finds the motion should be granted. Accordingly,

      IT IS ORDERED that defendants' motion is granted; the brief in opposition to plaintiff's motion for summary judgment and in support of defendant's motion for summary judgment (Filing No. 43) shall remain restricted to opposing counsel and the Court.

      DATED this 26th day of October, 2010.

                            BY THE COURT:

                            /s/ Lyle E. Strom

                            _____
                            LYLE E. STROM, Senior Judge
                            United States District Court