IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| JANELL M. LOBERG and RUSS LOBERG, | ) ) ) |
| Plaintiffs, | ) ) 8:09CV280 |
| v. | ) ) |
| CIGNA GROUP INSURANCE and LIFE INSURANCE COMPANY OF North AMERICA, | ) ORDER ) ) ) |
| Defendants. | ) ) |

After conference with counsel,

IT IS ORDERED:

1) Briefs shall be filed on or before January 23, 2012.

2) Reply briefs, if any, shall be filed on or before January 30, 2012, at which time the case will be deemed submitted, unless the parties advise the Court to the contrary.

DATED this 1st day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court