IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JANELL M. LOBERG and RUSS      )
LOBERG,                        )
                               )
            Plaintiffs,        )           8:09CV280
                               )
      v.                       )
                               )
CIGNA GROUP INSURANCE and      )           ORDER
LIFE INSURANCE COMPANY OF      )
North AMERICA,                 )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on defendants' motion for permission to seal (Filing No. 51). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the defendants shall file the administrative record on remand under seal on or before December 9, 2011.

DATED this 2nd day of December, 2011.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court