IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANELL M. LOBERG and RUSS LOBERG, | ) ) ) | |
| Plaintiffs, | ) ) | 8:09CV280 |
| v. | ) ) | |
| CIGNA GROUP INSURANCE and LIFE INSURANCE COMPANY OF North AMERICA, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on defendants' motion for leave to file restricted brief (Filing No. 56). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendants' motion is granted; the brief in support of defendants' motion for summary judgment (Filing No. 57) is deemed restricted pending further order of the Court.

DATED this 24th day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court