IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JANELL M. LOBERG and RUSS      )
LOBERG,                        )
                               )
            Plaintiffs,        )          8:09CV280
                               )
       v.                      )
                               )
CIGNA GROUP INSURANCE and      )          ORDER
LIFE INSURANCE COMPANY OF      )
North AMERICA,                 )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on defendants' motion
for leave to file restricted brief (Filing No. 56).  The Court
finds the motion should be granted.  Accordingly,

IT IS ORDERED that defendants' motion is granted; the
brief in support of defendants' motion for summary judgment
(Filing No. 57) is deemed restricted pending further order of the
Court.

DATED this 24th day of January, 2012.

                          BY THE COURT:

                          /s/ Lyle E. Strom
                          _____
                          LYLE E. STROM, Senior Judge
                          United States District Court