IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANELL M. LOBERG and RUSS LOBERG, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | 8:09CV280 |
| v. | )<br>) | |
| CIGNA GROUP INSURANCE and LIFE INSURANCE COMPANY OF NORTH AMERICA, | )<br>)<br>)<br>) | ORDER AND JUDGMENT |
| Defendants. | )<br>) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Plaintiffs' motion for attorney's fee and costs is granted in part and denied in part. Defendants shall pay plaintiffs' attorney fees and costs in the amount of $38,687.00.

2) Plaintiffs' motion for prejudgment interest is granted in part and denied in part. Defendants shall pay $121.13 in prejudgment interest.

DATED this 17th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court