IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JANELL M. LOBERG and RUSS    )
LOBERG,                       )
                              )
            Plaintiffs,       )        8:09CV280
                              )
      v.                      )
                              )
CIGNA GROUP INSURANCE and     )        ORDER AND JUDGMENT
LIFE INSURANCE COMPANY OF     )
NORTH AMERICA,                )
                              )
            Defendants.       )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Plaintiffs' motion for attorney's fee and costs is granted in part and denied in part.  Defendants shall pay plaintiffs' attorney fees and costs in the amount of $38,687.00.

2) Plaintiffs' motion for prejudgment interest is granted in part and denied in part.  Defendants shall pay $121.13 in prejudgment interest.

DATED this 17th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court